UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM E. TATE, et al.,

        Plaintiffs,

v.

                                         Case No. 11-CV-12028

                                         HON. GEORGE CARAM STEEH

GENERAL MOTORS LLC,

        Defendant.

_____/

## JUDGMENT

The above entitled matter has come before the court on defendant's motion for motion to dismiss, and in accordance with the court's order granting that motion entered on December 27, 2011,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

                                         DAVID J. WEAVER
                                         CLERK OF THE COURT

                                         BY: s/Marcia Beauchemin
                                             DEPUTY COURT CLERK

Dated: January 23, 2012

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 23, 2012, by electronic and/or ordinary mail

S/Marcia Beauchemin
Deputy Clerk